CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDIP SHAW, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 5:25-cv-07073-SVK<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ~~[PROPOSED]~~ ORDER AS MODIFIED** |

The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application for Adjustment of Status. On February 5, 2026, the Court granted the parties' request to continue the stay of proceedings until July 30, 2026, to allow the agency additional time to continue processing the remaining Form I-485 applications for Plaintiffs Attray, Garg, and Gadige. As of the date of this filing, Plaintiffs' Forms I-485 remain pending. The parties conferred and request the stay in this case be lifted and the case be placed on the Court's active docket. The parties propose the following briefing schedule:

1. Defendants will file their response to Plaintiffs' complaint by August 31, 2026.
2. Defendants will file their motion for summary judgment by September 30, 2026.
3. Plaintiffs will file their cross-motion for summary judgment and opposition to

Defendants' motion by October 30, 2026.

4. Defendants will file their reply and opposition, as a single filing, to Plaintiffs' motion by November 13, 2026.

5. Plaintiffs will file their reply by November 27, 2026.

6. The parties will notice their cross motions for summary judgment for a hearing on December 8, 2026, at 10:00 a.m.

The parties respectfully request that the Court grant their stipulation.

Dated: July 30, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 30, 2026

*s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, this action is **UNSTAYED** and the above schedule is **ENTERED.**

Date: July 31, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.