CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
pamela.johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDIP SHAW, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br>Defendant. | Case No. 5:25-cv-07073-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

On July 31, 2026, the Court granted the parties' stipulation to revise the briefing schedule, setting a deadline of September 30, 2026, for Defendants' motion for summary judgment. *See* Dkt. No. 24.

The parties have conferred and agree to stay proceedings in this case until December 30, 2026. The parties make this joint request to allow United States Citizenship and Immigration Services ("USCIS") additional time to take adjudicative action on Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjustment of Status, within the stay period. The parties acknowledge that USCIS cannot guarantee adjudication will be completed within the stay period. However, USCIS will work in good faith towards final adjudication of Plaintiffs' Form I-485.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 30, 2026, at which time the parties will file a joint status report with the Court. At that time,

the parties may request a further stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney
Attorneys for Defendants

Dated: September 30, 2026

*s/ Kristina David*
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

* In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 1, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge